149 A.3d 296

IN THE MATTER OF COUNTY OF ATLANTIC, RESPONDENT, AND PBA LOCAL 243, CHARGING PARTY, AND FOP LODGE 34 AND PBA LOCAL 77, CHARGING PARTIES-RESPONDENTS. IN THE MATTER OF TOWNSHIP OF BRIDGEWATER, PETITIONER, AND PBA LOCAL 174, RESPONDENT-RESPONDENT.(NEW JERSEY PUBLIC EMPLOYMENT RELATIONS COMMISSION-PETITIONER)

FILED August 5, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-2477-13 and A-107-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.

149 A.3d 296

STATE OF NEW JERSEY, PLAINTIFF-CROSS-RESPONDENT, v. SULAIMAN MASSAQUOI, DEFENDANT-CROSS-PETITIONER.

August 5, 2016

## ON CROSS PETITION FOR CERTIFICATION,

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A-001320-11 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the cross-petition for certification is granted.